# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:22-mj-00177-SCR

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| **ANGELO DEON SLAUGHTER,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Criminal Complaint (the "Motion"). (Doc. No. 7). Having carefully considered the Motion, applicable law, and the record, the Court will **GRANT** the Motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion To Dismiss Criminal Complaint (Doc. No. 7) is **GRANTED**.

**SO ORDERED.**

Signed: April 12, 2023

Susan C. Rodriguez
United States Magistrate Judge